

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>$107,339.15 in U.S. Currency,<br><br>　　　　　Defendant,<br><br>And Regarding the Interest of Robert Michael Hayes, dba Hayes International of Phoenix and Gunter Kohlke,<br><br>　　　　　Claimants. | CIV 01-2188-PHX-RCB<br><br>**DEFAULT JUDGMENT** |

　　On motion of plaintiff for judgment by default of defendant, $107,339.15 in U.S. Currency and the court determining that there is no just reason for delaying entering judgment against this defendant and the Court finding that service of process has been duly made in accordance with law and that no party has pled, answered or otherwise appeared in these proceedings, or having appeared have withdrawn. The Court further finding that all claimants of the sized property, specifically including Gunter Kohlke and Robert Michael Hayes, dba Hayes International of Phoenix, are now in default and lack standing; and that from an examination of the record herein that the allegations of the Complaint are true.

1  IT IS ORDERED, ADJUDGED AND DECREED that the defendant further described
2  as: $107,339.15 in U.S. Currency is hereby forfeited to the United States of America, in
3  accordance with 18 U.S.C. § 981(a)(1)(C).
4  IT IS FURTHER ORDERED that the defendants be disposed of according to law by the
5  United States Customs Service.

7  DATED this 21 day of July, 2002.

10  HONORABLE ROBERT C. BROOMFIELD
United States District Judge